## Parties

1. Plaintiff, Patricia A. Davidson is a Natural person and consumer as defined by 15 U.S.C 1681 a(c), residing in Fortworth, Texas at address 805 Heights Drive Apt F Upon information And belief, Defendant Credit Control, LLC is a Limited Liability Company located at address 5757 Phantom Dr. Ste 330, Hazelwood, MO 63042.

2. Defendant Credit Control LLC, accepts service of process through its Registered Agent: CT Corporation System 1999 Bryan St. Ste 900, Dallas, TX 75201-3136.

3. The acts of the Defendants described in this complaint were performed by Defendant or on Defendant's behalf by its Owners, Office, Agents, and/or employees acting within the scope Of their actual or apparent authority. As such all References to " Defendants" in this Complaints shall be Defendants or their Owners, Officers, agents, and/or employees.

## Basis of Jurisdiction

4. Jurisdiction of this Court arises under 15 U.S.C § 1681(p) and 28 U.S.C. § 1331 the Venue is Proper in this Judicial District under 28 U.S.C. 1391(b)(1) and 28 U.S.C § 1391(b)(2) Because a substantial part of events, omissions, or conduct giving rise to Plaintiff's claim Which occurred in this Judicial District. Defendants transact business in Fortworth, TX. The court has supplemental jurisdiction over state law claims according to 28 U.S.C §1367.

## Factual Allegations
## Existence of a Consumer Report

5. On or about April 17, 2024, a Consumer Credit Report for the Plaintiff was generated and Maintained by Experian, a consumer reporting Agency as defined by 15 U.S.C § 1681 (a)(f) In the Credit report Plaintiff observed unauthorized inquiries from Defendant. **See Exhibit A**

6. Defendants Credit Control LLC, accessed the Plaintiff Consumer report two times on dates 03/29/2024, 03/21/2024.

7. Credit Control LLC, accessed Plaintiff's consumer report without permissible purpose, as required By 15 U.S.C § 1681 b(f). Discovery will show the plaintiff had no existing business

relationship Contractual obligations, or any transactions with Credit Control LLC that would allow for such inquiries
under 15 U.S.C § 1681(a)(3)(A) or any provisions.

8. Discovery will show Plaintiff never gave any consent verbally or written to the defendants Credit Control LLC to access her Consumer report on either date in exhibit A.

### **Requisite Mental State(Willfulness)**

9. Discovery will show despite this knowledge Defendants Credit Control LLC. intentionally and Recklessly disregarded their obligations under the FCRA and did not verify a purported debt Or take other actions that would constitute a permissible purpose for accessing the Plaintiff Consumer report.

10. Plaintiff's injury is "Particularized" and "Actual" in that the conduct deprived Plaintiff of her Rights and was directed by Defendants to Plaintiff Specially. The plaintiff's injury is also "Particularized" and "Actual" in that Plaintiff has suffered emotional distress from Defendants Unauthorized access to her Credit Report.

11. Plaintiff's injury is "Particularized" and "Actual" in that the Plaintiff has suffered an invasion Of privacy. This intrusion into the "Plaintiff's personal information caused the feeling of Vulnerability, worry, and anxiety, which led to sleeplessness and Headaches. Plaintiff's Injury is "Particularized" and "Actual" in that the Plaintiff has suffered fear and anger over The invasion of privacy. A favorable decision herein would redress Plaintiff with monetary Damages.

12. Wherefore Patricia A. Davidson respectfully demands a jury trial and requests that a Judgment trial and request that Judgement be entered in favor of the Plaintiff against The defendant for (a) actual damages, statutory damages, and potentially punitive Damages.

Date June 4,2024     Patricia A. Davidson

Contact Cell # 682-417-1011
ALT# 903-471-4839
Email -Patricia_Davidson@yahoo.com

**NOWCOM/TEXAS TOPLINE MOT** 13335 FLOYD CIR DALLAS TX 75243 No phone # available                                        Dec 21, 2023
REASON: Auto loan.
DURATION: This inquiry is scheduled to continue on record until Jan 2026.

**ONEMAIN** PO BOX 1010 EVANSVILLE IN 47706 (844) 298 9773                                                                  Sep 07, 2023
REASON: Unspecified.
DURATION: This inquiry is scheduled to continue on record until Oct 2025.

**EAST TX PROFESSIONAL CU** 409 E LOOP 281 LONGVIEW TX 75605 (903) 323 0230                                                Aug 28, 2023
REASON: Unsecured.
DURATION: This inquiry is scheduled to continue on record until Sep 2025.

**EAST TX PROFESSIONAL CU** No phone # available                                                                            Dec 14, 2022
REASON: Unsecured.
DURATION: This inquiry is scheduled to continue on record until Jan 2025.

**EAST TX PROFESSIONAL CU** No phone # available                                                                            May 31, 2022
REASON: Unsecured.
DURATION: This inquiry is scheduled to continue on record until Jun 2024.

## CONSUMER REPORT VIEWS / SOFT INQUIRIES

*Soft inquiries* are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts.

 Soft inquiries DO NOT impact your credit score.

**CREDIT KARMA** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 (415) 510 5272  INQUIRY DATES: 04.16.24 | 04.14.24 | 04.13.24 | 04.12.24 | 04.11.24 | 04.10.24 | 04.09.24 | 04.08.24 | 04.07.24 | 04.06.24 | 04.05.24 | 04.04.24 | 04.03.24 | 04.02.24 | 04.01.24 | 03.30.24 | 03.29.24 | 03.28.24 | 03.27.24 | 03.26.24 | 03.23.24 | 03.22.24 | 03.20.24 | 03.19.24 | 03.17.24 | 03.16.24 | 03.15.24 | 03.14.24 | 03.13.24 | 03.12.24 | 03.11.24 | 03.09.24 | 03.08.24 | 03.07.24 | 03.06.24 | 03.05.24 | 03.04.24 | 03.03.24 | 03.02.24 | 03.01.24 | 02.29.24 | 02.28.24 | 02.27.24 | 02.26.24 | 02.25.24 | 02.24.24 | 02.23.24 | 02.22.24 | 02.20.24 | 02.19.24 | 02.18.24 | 02.17.24 | 02.16.24 | 02.15.24 | 02.14.24 | 02.13.24 | 02.12.24 | 02.11.24 | 02.10.24 | 02.09.24 | 02.08.24 | 02.07.24 | 02.06.24 | 02.05.24 | 02.04.24 | 02.03.24 | 02.02.24 | 02.01.24 | 01.31.24 | 01.30.24 | 01.29.24 | 01.28.24 | 01.27.24 | 01.26.24 | 01.25.24 | 01.24.24 | 01.23.24 | 01.22.24 | 01.21.24 | 01.20.24 | 01.19.24 | 01.18.24 | 01.16.24 | 01.14.24 | 01.13.24 | 01.12.24 | 01.11.24 | 01.10.24 |

**EXPERIAN** PO BOX 9600 ALLEN TX 75013 (800) 311 4769  INQUIRY DATES: 04.15.24 | 04.03.24 | 03.29.24 | 03.26.24 | 03.11.24 | 03.05.24 | 02.15.24 | 01.24.24 | 01.20.24 | 01.12.24 | 01.04.24 | 01.03.24 | 12.10.23 | 09.08.23 | 09.07.23 | 08.24.23 | 08.23.23 | 08.19.23 | 08.17.23 | 08.16.23 | 08.11.23 | 08.10.23 | 08.07.23 | 07.31.23 | 07.28.23 | 07.24.23 | 07.22.23 | 07.20.23 | 06.14.23 | 05.23.23 | 05.21.23 | 05.19.23 | 05.15.23 | 05.14.23 | 05.13.23 | 05.12.23 | 05.11.23 | 05.10.23 | 05.08.23 | 05.07.23 |

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 (866) 431 3471  INQUIRY DATES: 04.13.24 | 04.12.24 | 04.03.24 | 04.02.24 | 03.29.24 | 03.20.24 | 03.17.24 | 03.10.24 | 03.03.24 | 03.03.24 | 02.28.24 | 02.25.24 | 02.18.24 | 02.15.24 | 02.11.24 | 02.11.24 | 02.04.24 | 01.28.24 | 01.24.24 | 01.21.24 | 01.18.24 | 01.14.24 | 01.07.24 | 01.06.24 | 01.04.24 | 01.03.24 | 01.02.24 | 12.31.23 | 12.30.23 | 12.29.23 | 12.24.23 | 12.22.23 | 12.18.23 | 12.17.23 | 12.14.23 | 12.11.23 | 12.10.23 | 12.10.23 | 12.07.23 | 12.02.23 | 11.26.23 | 11.21.23 | 11.19.23 | 11.12.23 | 11.07.23 | 11.05.23 | 11.04.23 | 10.31.23 | 10.29.23 | 10.29.23 | 10.27.23 | 10.26.23 | 10.22.23 | 10.21.23 | 10.15.23 | 10.15.23 | 10.08.23 | 10.06.23 | 10.05.23 | 10.02.23 | 10.01.23 | 09.30.23 | 09.27.23 | 09.26.23 | 09.24.23 | 09.21.23 | 09.20.23 | 09.19.23 | 09.17.23 | 09.10.23 | 09.09.23 | 09.08.23 | 09.07.23 | 09.06.23 | 09.05.23 | 09.04.23 | 09.03.23 | 08.31.23 | 08.30.23 | 08.28.23 | 08.27.23 | 08.20.23 | 08.20.23 | 08.16.23 | 08.14.23 | 08.13.23 | 08.12.23 | 08.11.23 | 08.10.23 | 08.09.23 | 08.08.23 | 08.07.23 | 08.06.23 | 08.05.23 | 08.04.23 | 08.03.23 | 08.02.23 | 08.01.23 | 07.26.23 | 07.22.23 | 07.20.23 | 07.09.23 | 07.02.23 | 06.30.23 | 06.22.23 | 06.18.23 | 06.18.23 | 06.14.23 | 06.11.23 | 06.06.23 | 06.04.23 | 06.03.23 | 06.02.23 | 06.01.23 | 05.28.23 | 05.25.23 | 05.23.23 | 05.22.23 | 05.21.23 | 05.20.23 | 05.19.23 | 05.18.23 | 05.14.23 | 05.14.23 | 05.13.23 | 05.12.23 | 05.08.23 | 05.07.23 | 05.06.23 | 05.03.23 | 05.01.23 | 04.30.23 |

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 No phone # available  INQUIRY DATES: 04.13.24 | 04.12.24 | 04.11.24 | 03.29.24 | 03.28.24 | 03.19.24 | 03.16.24 | 03.01.24 | 02.29.24 | 02.28.24 | 02.27.24 | 02.24.24 | 01.29.24 | 01.27.24 | 01.17.24 | 01.02.24 | 12.29.23 | 12.28.23 | 12.22.23 | 12.21.23 | 12.17.23 | 12.11.23 | 12.09.23 | 12.06.23 | 11.26.23 | 11.20.23 | 11.06.23 | 10.29.23 | 10.28.23 | 10.27.23 | 10.26.23 | 10.17.23 | 10.14.23 | 10.05.23 | 10.04.23 | 10.01.23 | 09.29.23 | 09.27.23 | 09.26.23 | 09.25.23 | 09.20.23 | 09.19.23 | 09.13.23 | 09.07.23 | 09.05.23 | 09.04.23 | 08.31.23 | 08.29.23 | 08.28.23 | 08.19.23 | 08.13.23 | 08.05.23 | 07.25.23 | 07.21.23 | 06.21.23 | 06.17.23 | 05.24.23 | 05.19.23 | 05.17.23 | 05.13.23 | 05.05.23 | 05.02.23 | 04.29.23 | 04.17.23 |

**ONEMAIN** PO BOX 1010 EVANSVILLE IN 47706 (844) 298 9773  INQUIRY DATES: 04.13.24 | 04.12.24 | 03.29.24 | 03.28.24 | 03.21.24 | 03.19.24 | 02.28.24 | 02.27.24 | 02.10.24 | 01.29.24 | 01.18.24 | 01.13.24 | 01.09.24 | 01.06.24 | 01.05.24 | 01.02.24 | 12.29.23 | 12.22.23 | 12.17.23 | 12.11.23 | 12.09.23 | 12.06.23 | 11.29.23 | 11.20.23 | 11.06.23 | 10.29.23 | 10.28.23 | 10.27.23 | 10.26.23 | 10.14.23 | 10.05.23 | 10.04.23 |

**EXPERIAN CS IDENTITY** 535 ANTON BLVD STE 100 COSTA MESA CA 92626 No phone # available  INQUIRY DATES: 04.11.24 | 03.28.24 | 03.20.24 | 03.14.24 | 02.29.24 | 02.15.24 | 02.03.24 | 01.31.24 | 01.19.24 | 01.17.24 | 01.02.24 | 08.07.23 |

**DISCOVER FINANCIAL SVCS** 2500 LAKE COOK RD RIVERWOODS IL 60015 (877) 728 3030  INQUIRY DATES: 04.08.24 | 03.05.24 | 02.06.24 | 01.06.24 | 12.06.23 | 11.07.23 | 10.04.23 | 09.06.23 | 08.04.23 | 07.06.23 | 06.06.23 | 05.05.23 |

**ONEMAIN** PO BOX 1010 EVANSVILLE IN 47706 (844) 298 9773  INQUIRY DATES: 04.04.24 | 03.02.24 | 02.03.24 | 01.04.24 | 12.04.23 | 11.03.23 | 10.03.23 | 09.14.23 |

**CAPITAL BANK** 2275 RESEARCH BLVD STE 600 ROCKVILLE MD 20850 (800) 859 6412  INQUIRY DATES: 04.01.24 | 03.01.24 | 02.02.24 | 01.03.24 | 12.02.23 | 11.02.23 | 10.02.23 | 09.01.23 | 08.01.23 | 07.03.23 | 06.03.23 | 05.02.23 |

**CREDIT CONTROL, LLC** 5757 PHANTOM DR STE 330 HAZELWOOD MO 63042 (314) 442 7400  INQUIRY DATES: 03.29.24 | 03.21.24 |

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Patricia A. Davidson

**DEFENDANTS**
Credit Control LLC

**(b)** County of Residence of First Listed Plaintiff **TARRANT**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **St Louis**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

**4-24CV-523-P**

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | INTELLECTUAL PROPERTY RIGHTS | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | PERSONAL PROPERTY | LABOR | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 370 Other Fraud | 710 Fair Labor Standards Act | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 371 Truth in Lending | 720 Labor/Management Relations | SOCIAL SECURITY | [X] 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury | 380 Other Personal Property Damage | 740 Railway Labor Act | 861 HIA (1395ff) | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice | 385 Property Damage Product Liability | 751 Family and Medical Leave Act | 862 Black Lung (923) | 490 Cable/Sat TV |
| 196 Franchise | | | 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) | 850 Securities/Commodities/Exchange |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | 791 Employee Retirement Income Security Act | 864 SSID Title XVI | 890 Other Statutory Actions |
| 210 Land Condemnation | 440 Other Civil Rights | Habeas Corpus: | | 865 RSI (405(g)) | 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee | | FEDERAL TAX SUITS | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 442 Employment | 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/ Accommodations | 530 General | | 871 IRS—Third Party 26 USC 7609 | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 535 Death Penalty | IMMIGRATION | | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | Other: 540 Mandamus & Other | 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | 448 Education | 550 Civil Rights 555 Prison Condition 560 Civil Detainee - Conditions of Confinement | 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District (specify)
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Brief description of cause:
15 U S C 1681 b

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 2000

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a)  **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.
 (b)  **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)
 (c)  **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.  **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III.  **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.  **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V.  **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket. **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

VI.  **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII.  **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.  **Related Cases.** This section of the JS 44 is used to reference related cases, if any. If a related case exists, whether pending or closed, insert the docket numbers and the corresponding judge names for such cases. A case is related to this filing if the case: 1) involves some or all of the same parties and is based on the same or similar claim; 2) involves the same property, transaction, or event; 3) involves substantially similar issues of law and fact; and/or 4) involves the same estate in a bankruptcy appeal.

**Date and Attorney Signature.** Date and sign the civil cover sheet.